UNITED STATES of America,
Plaintiff–Appellee,

v.

Carl SHERRILL, Jr., Defendant–
Appellant.

No. 07–12385

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 2, 2007.

Rick D. Collum, The Collum Law Firm, P.C., Moultrie, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before HULL, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Rick D. Collum, appointed counsel for Carl Sherrill, Jr., has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Sherrill's conviction and sentence are **AFFIRMED**.